# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WADE ALAN WILLARD, JR.**                                          **PLAINTIFF**

**v.**                                                                 **No. 4:20CV182-DAS**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                           **DEFENDANT**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 25th day of June, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE