IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WADE ALAN WILLARD, JR.**                                                                      **PLAINTIFF**

**V.**                                                       **CIVIL ACTION NO. 4:20-CV-182--DAS**

**BANCORPSOUTH BANK, et al.**                                                 **DEFENDANT(S)**

<u>**ORDER DENYING MOTION**</u>

Before the court is the plaintiff's "Motion to Challenge the Order Denying Plaintiff's Motion to Proceed in Forma Pauperis." (Dkt. 25). Construed as a motion for reconsideration, the motion is denied. The court's reasoning for finding the appeal frivolous is set forth in the order dismissing the action. If the plaintiff wishes to further pursue obtaining in forma pauperis status in his appeal, he must timely apply to the Fifth Circuit Court of Appeals for leave.

**SO ORDERED** this the 17th day of December, 2021.

                                                      <u>/s/ David A. Sanders</u>
                                                      **UNITED STATES MAGISTRATE JUDGE**